DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER SOLS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D22-1908 and 4D22-2105

[March 22, 2023]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 14-009630CF10A.

Carey Haughwout, Public Defender, and Ross Frank Berlin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

DAMOORGIAN, J.

Christopher Sols appeals his life sentence for second-degree murder with a firearm, which was imposed after this Court affirmed his conviction and remanded for a new sentencing hearing in *Sols v. State*, 310 So. 3d 422 (Fla. 4th DCA 2021). Appellant's only argument on appeal is that the trial court erred by failing to obtain and consider an updated presentence investigation report ("PSI") before resentencing him to life in prison. Notably, Appellant does not dispute that the trial court considered his original 2019 PSI during the resentencing proceedings.

Because a trial court is not required to order an updated PSI under Florida Rule of Criminal Procedure 3.710(a) before resentencing a defendant whose original conviction was otherwise upheld, we affirm. *See* Fla. R. Crim. P. 3.710(a) ("No sentence or sentences other than probation or the statutorily required mandatory minimum may be imposed on any defendant found guilty of a first felony offense or found guilty of a felony while under the age of 18 years, until after such investigation has first been made and the recommendations of the Department of

Corrections received and considered by the sentencing judge."); *Lee v. State*, 234 So. 3d 562, 564 (Fla. 2018) (citing rule 3.710(a) and holding that a "trial court may, but is not required to under the rule or statute, order an updated PSI").

*Affirmed.*

KLINGENSMITH, C.J., and ARTAU, J., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***